# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0219
Lower Tribunal No. 17-CF-000290

_____

DEJERION STEWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Bruce Kyle, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.


Dejerion Stewart, Monticello, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED